

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:    In re Ken Paxton, in his official capacity as Attorney General of Texas, et al.

Appellate case number:  01-22-00480-CV

Trial court case number: 2022-38397

Trial court:            269th District Court of Harris County

The Court requests that the real-parties-in-interest file a response to relators' Emergency Motion for Temporary Relief by 5 p.m., Tuesday, July 5, 2022.

The Court further requests that the real-parties-in-interest file a response to relators' Petition for Writ of Mandamus by 5 p.m., Monday, July 11, 2022.

It is so **ORDERED**.

Judge's signature: /s/ Peter Kelly
                   Acting individually

Date:  June 29, 2022